UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

JASON DUHE                      (     CASE NO.
    PETITIONER
                                  (

    V.                                (

JAMES M. LEBLANC,
SECRETARY OF LOUISIANA
DEPARTMENT OF SAFTETY &
CORRECTIONS,                   (
GERALD A TURLICH, JR.,
SHERIFF ,PLAQUEMINES PARISH,
DEFENDANTS
                                    (

                                    (

PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, JASON DUHE, petitions this Court for a writ of habeas corpus to remedy his unlawful detention by Respondents, as follows:

I.     JURISDICTION

1.This action arises under the Constitution of the United States of America. This court has jurisdiction under 28 U.S.C. section 1331, as Petitioner is presently in custody under color of authority of the United States, and such custody is in violation of the Constitution, laws, or treaties of the United States This Court may grant relief

pursuant to 28 U. S. C. section 2254, , and the All Writs Act, 28 U. S. C. section 1651.

## II. VENUE

2. Pursuant to Braden v. 30th Judicial Circuit Court of Kentucky, 410 U. S. 484, 493-500 (1973), venue lies in the United States District Court For the Eastern District of Louisiana, the judicial district where Petitioner is currently in custody.

## III. CUSTODY

3. Petitioner is in the physical custody of Respondents, The Louisiana Department of Corrections and the Sheriff of Plaquemines parish as he is housed as an inmate in The Plaquemines Parish Detention Center in Pointe a la Hache, Louisiana. Petitioner is under the direct control of Respondents and their agents.

## IV. PARTIES

4. Petitioner JASON DUHE is a Louisiana inmate bearing DOC number 334004. He is currently housed at the Plaquemines Parish Detention Center in Pointe a la Hache, La. He has be incarcerated since August .2011.

5. Respondent JAMES M. LEBLANC is the Secretary of the Louisiana Department of Corrections and Transportation. He is responsible for the incarceration of state inmates in the Louisiana Penal system Mr. has ultimate custody and control over Petitioner.

6. Respondent GERALD A TURLICH, JR., is the Sheriff of Plaquemines Parish

and is Custodian of the Plaquemines Parish Detention Center. In his official capacity he has direct control over Petitioner.

## V. STATEMENT OF THE CASE

The Petitioner was convicted in the 22nd Judicial District Court, in case No. 50347-3 Hon. Allison H. Penzato, presiding. Petitioner was convicted of creation or operation Of a clandestine methamphetamine laboratory. Petitioner appealed. The Louisiana Court of Appeal, First Circuit reversed Petitioner's conviction. The state of Louisiana filed an application for review. The Louisiana Supreme Court reversed the First Circuit's decision of November 18, 2012., 130 So.3d 880 (La. Sup. Ct. 2012). The Louisiana Supreme Court subsequently held that Petitioner has exhausted his right to collateral review in state court. See, State v. Duhe, 202 So.3d 475(La. Sup. Ct. 2016).

## VI. PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that the Court grant the following releif:

1. Assume jurisdiction over this matter.

2. Expedite consideration of this action pursuant to 28 U. S. C. section 1657 (a) because it is an action brought under chapter 153 ( habeas corpus) of Title 28;

3. Pursuant to 28 U. S.. section 2243 issue an order directing Respondents to show cause why the Writ of habeas corpus should not be granted;

4. Grant Petitioner a writ of habeas corpus directing the Respondents to immediately release Petitioner from custody;

5. Enjoin Petitioners from transferring Petitioner outside of this judicial district pending litigation of this matter .

6. Award Petitioner Attorneys fees and costs under the Equal Access to Justice Act (EAJA) as Amended, 5 U.S.C. section 504 and 28 U.S.C. section 2412, and on any other basis justified under Law; and

7. Grant any other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED:

DEIDRE K. PETERSON
LSBN 25823
THE PETERSON LAW FIRM
102 Brunswick Court
New Orleans, La 70131
(504) 439-6240