UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON DUHE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1651** |
| **JAMES M. LEBLANC, ET AL.** | **SECTION "I"(2)** |

### ORDER AND REASONS

Petitioner Jason Duhe, through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Duhe indicates in the petition that he was convicted on an unspecified date in the 22nd Judicial District Court for the Parish of Plaquemines on the charge of creation or operation of a clandestine methamphetamine laboratory.  R. Doc. 1, Petition, at 3.  He fails, however, to indicate whether and on what grounds he is challenging that conviction.

Before this Court can order the State to respond to the petition, Duhe is required to provide the specific grounds for relief or claims he asserts to challenge the conviction.  Rule 2(c) of the Rules Governing Section 2254 Cases requires, in part, that the petition be on the form provided and:

(1) specify all the grounds for relief available to the petitioner;

(2) state the facts supporting each ground;

(3) state the relief requested;

(4) be printed, typewritten, or legibly handwritten; and

(5) be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242.

Duhe has not filed the form Section 2254 petition, and his counsel-filed petition is not in substantial compliance with Rule 2.  Most significantly, the petition fails to identify or set out any specific claims or issues for the court to consider, and it does not even provide a date of conviction

or other basic information required by Rule 2.  Before the matter can proceed, Duhe must provide this Court with a completed petition that provides the information required by Rule 2(c) of the Rules Governing Section 2254 Cases, including the specific bases he relies upon to overturn a specific conviction.  Accordingly,

**IT IS ORDERED** that, **on or before July 13, 2020**, Petitioner Jason Duhe **SHALL** file a completed Section 2254 form petition, or an amended petition in substantial compliance therewith, which shall specify all of the information required by Rule 2 of the Rules Governing Section 2254 Cases, including the specific bases or grounds for relief he asserts and the facts supporting each ground.

New Orleans, Louisiana, this 11th day of June, 2020.

_____
**DONNA PHILLIPS CURRAULT**
**UNITED STATES MAGISTRATE JUDGE**