UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON DUHE | CIVIL ACTION |
| VERSUS | NO. 20-1651 |
| JAMES M. LEBLANC, SECRETARY OF LOUISIANA DEPARTMENT OF SAFETY & CORRECTIONS, ET AL. | SECTION "I" (2) |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jason Duhe's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 10th day of March, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE